AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FILED
FEB - 2 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Studio #53 at Plant Zero Art Center, 0 E. 4th Street #53,<br>Richmond, VA 23224 | ) ) ) Case No. 3:18sw24<br>) )<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Studio #53 at Plant Zero Art Center, 0 E. 4th Street #53, Richmond, VA 23224, as more fully described in Attachment A, incorporated by reference herein.

located in the _____Eastern_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B, incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 26, USC 5861(d) | Receive/Possess NFA Firearm Not Registered to him in the National Firearms Registration and Transfer Record (N.F.R.T.R.); |
| Title 18, USC 844(i) | Use of Fire to Commit a Federal Felony |

The application is based on these facts:
See Attached Affidavit, incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Berkeley Kcraget, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/2/2018

/s/
Roderick C. Young
United States Magistrate Judge

City and state: Richmond, Virginia

Roderick C. Young, U.S. Magistrate Judge
*Printed name and title*