# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FILED
FEB -7 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Studio #53 at Plant Zero Art Center, 0 E. 4th Street #53,<br>Richmond, VA 23224 | )<br>)<br>) Case No. 3:18SW24<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

Studio #53 at Plant Zero Art Center, 0 E. 4th Street #53, Richmond, VA 23224, as more fully described in Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before __2/16/2018__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2/2/2018__                    /s/ _____
                                                                        Roderick C. Young's Signature
                                                                        United States Magistrate Judge
City and state:     Richmond, Virginia                    Roderick C. Young, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:18SW24 | Date and time warrant executed: 2-2-18 (17:05 Mil) 5:05 PM | Copy of warrant and inventory left with: LOCATION |

Inventory made in the presence of:
BERKLEY KERATCH, MICHAEL TALBOT

Inventory of the property taken and name of any person(s) seized:

001 MAC BOOK
002 KYOCERA CELL PHONE
003 SAMSUNG FLIP PHONE
004 LG SMART PHONE
005 ZTE SMART PHONE
006 SAMSUNG GALAXY N6267
007 MISC DOC YELLOW PAD
008 USB VANJA DRIVE
009 YELLOW NOTE PAD
010 HP PAVILION LAPTOP
011 SAMSUNG TABLET
012 SEAGATE HD
013 HP ENVY PRINTER
014 WESTERN DIGITAL MY BOOK
015 MICROSOFT TABLET
016 LG SMART TV 60" OS SYSTEM KEYBOARDS + CABLES
017 4G LTE VERIZON HOTSPOT
018 NOKIA AT+T PHONE
019 BOOST MOBILE FLIP PHONE
020 SYRANIA MP3 PLAYER
021 MIS DOC.
022 X-BOX GAME SYSTEM
023 SPRINT HOTSPOT
024 MIS DOC.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/7/2018

_____
Executing officer's signature

Berkeley Keraget - ATF SA
Printed name and title